

FILED
SUPERIOR COURT
OF GUAM

2018 APR 24 AM 10: 34

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT**
**OF GUAM**

|  |  |
|---|---|
| CHRISTOPHER A. GUERRERO, | Domestic Case No. DM0564-17 |
| Plaintiff, |  |
| vs. | **ORDER** |
| ALANA R. GUERRERO, |  |
| Defendant |  |

## INTRODUCTION

This matter is before the Honorable Michael J. Bordallo on Plaintiff Christopher A. Guerrero's Motion for Pendente Lite Custody. Attorney Gary Gumataotao represents Plaintiff. Attorney Daniel S. Somerfleck represents Defendant Alana R. Guerrero. Having considered the parties' moving papers, arguments, record, and applicable law, the Court issues the following Order granting Plaintiff temporary physical custody of the minor children.

## BACKGROUND

This matter arises out of Plaintiff's October 24, 2017 Verified Complaint for Divorce. In July 2017, Defendant took the parties' two minor children to California and has not returned. On October 24, 2017, Plaintiff filed an Ex Parte Motion for Temporary Restraining Order. However, finding that there was an insufficient basis to grant the ex parte request, the Court

denied the motion on October 30, 2017. On October 31, 2017, Plaintiff filed a Motion for Reconsideration, and the Court subsequently denied it on January 23, 2018. On January 24, 2018, Plaintiff filed the present Motion for Pendente Lite Custody. On the same day, Plaintiff filed a CVR 7.1 Form 1 certifying that he had or would within one business day serve Defendant with the Notice of Motion and Motion. Defendant did not file an opposition to Plaintiff's Motion.

## DISCUSSION

Guam law gives the Court the authority to make necessary or proper orders for the custody and care of minors in actions for divorce. 19 G.C.A. § 8404. In making a custody order, the Court is guided by a number of considerations, including, the legislative policy that children spend as much time with each of their parents as possible when the parents are not living together. Id. (a)(8). When making an order for custody with a non-custodial parent that lives on Guam, the Court "shall, to the greatest degree possible, order visitation for minor children (pendent lite and permanently) with non-custodial parents such that the children spend more or less equal amounts of time with the custodial parent and the non-custodial parent during non-working, non-sleeping, non-school time," subject to other considerations. Id.

In this matter, the parties' minor children were brought to California in July 2017 and have not returned to Guam. Consequently, the minor children have not spent significant time with their father for nine months. The Court acknowledges this jurisdiction's policy of promoting equal time with both parents and protecting the best interests of the minor children. Thus, after considering the facts of this case and the record, the Court determines that it is necessary, proper, and in the best interests of the children to grant joint legal custody to the parties and physical custody to Plaintiff beginning one week after the end of the minor children's school year in California and until further order of the Court.

## CONCLUSION AND ORDER

For the reasons set forth above, the Court GRANTS Plaintiff Christopher Guerrero's Motion for Custody Pendente Lite. The Court ORDERS Defendant Alana Guerrero to return the parties' minor children to Guam and the physical custody of Plaintiff Christopher Guerrero one week after the children's school year concludes in California. The Court awards joint legal custody to the parties, and awards physical custody to Plaintiff Christopher Guerrero beginning one week after the school year concludes in California until further order by this Court.

The Court will set this matter for further proceedings.

SO ORDERED, this ___ day of _____ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT P...
I certify that a co... of the
original her... o was p... in the
court box ...
GUAM / TAUTAN
SONNYFLECK
4/24/18 / Time: ...
/ 18 ...
Deputy Cle... Court of G...